UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAW RAHMAN,

                Plaintiff,

  v.

AMERICAN TIRE DISTRIBUTOR INC, et al.,

                Defendants.

Case No. C13-410-RSL

**REPORT AND RECOMMENDATION**

      Plaintiff, proceeding pro se, filed an application to proceed in forma pauperis ("IFP") in this employment discrimination case. Dkt. 1. In his application, plaintiff states that he earns $9,500 net pay per month, that he received $15,000 in business, profession, or other self-employment and $15,000 in unemployment over the last 12 months. Plaintiff also states he has no cash on hand, but he fails to state whether he has any money in a checking or savings account. And plaintiff states he provides $2000 of support to his parents and siblings per month, his expenses total approximately $8,500 to $9,000 per month, and his recent period of unemployment left his loans in default and the increased interest on those loans uses up all his funds. Although plaintiff may have experienced some financial hardship during his recent period of unemployment, his current level of financial resources makes him ineligible for IFP status, which is reserved for the truly indigent. The Court therefore recommends that plaintiff's IFP

REPORT AND RECOMMENDATION - 1

application be denied and he be directed to pay the filing fee within 30 days of the date this recommendation is adopted or the Clerk will close the file.

Any objections to this Recommendation must be filed no later than **March 26, 2013**. The matter will be ready for the Court's consideration on **March 29, 2013**. Objections shall not exceed ten (10) pages. The failure to timely object may affect the right to appeal.

DATED this 12th day of March, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2