UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
SHAW RAHMAN,                        )
                                    )
                  Plaintiff,        )    No. C13-0410RSL
                                    )
         v.                         )
                                    )    ORDER
AMERICAN TIRE DISTRIBUTOR, INC.,    )
et al.,                             )
                                    )
                  Defendants.       )
_____)

On March 12, 2013, the Honorable Brian A. Tsuchida recommended that plaintiff's application to proceed *in forma pauperis* be denied. Plaintiff paid the filing fee shortly thereafter. The application to proceed *in forma pauperis* (Dkt. # 1) is therefore DENIED as moot, and the Clerk of Court is directed to remove Report and Recommendation (Dkt. # 3) from the Court's calendar.

Dated this 1st day of April, 2013.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER